FILED

2004 APR 13  P 12: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERMAN AMERICAN CAPITAL CORP., <br> Plaintiff | CIVIL ACTION NO. <br> 3:01CV2030(AHN) |
| V. | |
| SUNTRUST MORTGAGE, INC.; <br> WELLFLEET NATIONAL MORTGAGE, LLC ; <br> JOHN A. MASANOTTI ; BRIAN T. CONNOLLY ; <br> LAU FUNDING PLUS, INC. ; and LFP ONE, INC., <br> Defendants | MARCH 26, 2004 |
| SUNTRUST MORTGAGE, INC., <br> Third-Party Plaintiff | |
| V. | |
| WELLFLEET NATIONAL MORTGAGE, LLC ; <br> JOHN A. MASANOTTI ; and BRIAN T. CONNOLLY, <br> Third-Party Defendants | |

## STIPULATION TO DISMISSAL

The plaintiff, German American Capital Corporation; the defendant/third-party plaintiff, SunTrust Mortgage, Inc.; and the defendants/third-party defendants, Wellfleet National Mortgage, LLC; John A. Masanotti; and Brian T. Connolly, being all of the parties that have appeared in this matter, hereby stipulate by and through their attorneys that all claims in the above-captioned action shall be dismissed with prejudice and without costs, subject to approval of the Court.

**GERMAN AMERICAN CAPITAL CORP., PLAINTIFF**

By _____/s/ John E. Lee_____
John E. Lee, Esq.
Federal Bar No. ct06909
205 Church Street
New Haven, CT 06510
Phone (203) 865-6499
Fax (203) 865-0236
Its Attorney

Of counsel:

Debbie L. Miede, Esq.
Cal. Bar No. 100007
Miede Law Corporation
University Tower
4199 Campus Drive
Suite 550
Irvine, CA 92612
(949) 679-3212

2

                            SUNTRUST MORTGAGE, INC.,
                            DEFENDANT/
                            THIRD-PARTY PLAINTIFF

                            By _____
                                William J. O'Sullivan, Esq.
                                Federal Bar No. ct08452
                                Baker O'Sullivan & Bliss PC
                                Putnam Park, Suite 100
                                100 Great Meadow Road
                                Wethersfield, CT 06109-2371
                                Phone (860) 258-1993
                                Fax (860) 258-1991
                                Its Attorney

Of counsel:
Howard D. Hall
Cal. Bar No. 145024
Green & Hall, a Professional Corporation
600 S. Main Street, 12th floor
Orange, CA 92868
(714) 918-7000

WELLFLEET NATIONAL
MORTGAGE, LLC;
JOHN A. MASANOTTI; and
BRIAN T. CONNOLLY,
DEFENDANTS/
THIRD-PARTY DEFENDANTS

By /s/ Arthur C. Laske III

Arthur C. Laske III, Esq.
Federal Bar No. ct03773
Michelle L. Treadwell, Esq.
Federal Bar No. ct21636
1261 Post Road
Fairfield, CT 06430
Phone (203) 254-1770
Fax (203) 256-9442
Their Attorneys