FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 13 P 12:14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GERMAN AMERICAN CAPITAL CORP., Plaintiff | CIVIL ACTION NO. 3:01CV2030(AHN) |
| V. | |
| SUNTRUST MORTGAGE, INC.; WELLFLEET NATIONAL MORTGAGE, LLC; JOHN A. MASANOTTI; BRIAN T. CONNOLLY; LAU FUNDING PLUS, INC.; and LFP ONE, INC., Defendants | MARCH 26, 2004 |
| SUNTRUST MORTGAGE, INC., Third-Party Plaintiff | |
| V. | |
| WELLFLEET NATIONAL MORTGAGE, LLC; JOHN A. MASANOTTI; and BRIAN T. CONNOLLY, Third-Party Defendants | |

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
4/15/2004 APPROVED

## STIPULATION TO DISMISSAL

The plaintiff, German American Capital Corporation; the defendant/third-party plaintiff, SunTrust Mortgage, Inc.; and the defendants/third-party defendants, Wellfleet National Mortgage, LLC; John A. Masanotti; and Brian T. Connolly, being all of the parties that have appeared in this matter, hereby stipulate by and through their attorneys that all claims in the above-captioned action shall be dismissed with prejudice and without costs, subject to approval of the Court.

FILED 2004 APR 16 U.S. DISTRICT BRIDGEPORT