UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

German American Capital Corp.

    v.                                            3:01cv2030 AHN

Suntrust Mortgage, Inc., et al

## ORDER

The plaintiff has entered into a Stipulation of Dismissal as to defendants Sun Trust Mortgage, Inc., Wellfleet National Mortgage, LLC, John A. Masanotti and Brian Connolly on April 15, 2004. The remaining defendants LAU Funding Plus, Inc. and LFP One, Inc., are hereby dismissed without prejudice for lack of prosecution and the case is closed.

SO ORDERED.

Dated at Bridgeport, Connecticut this 29th day of April, 2004.

                                                      /s/
                                             Alan H. Nevas
                                             Senior United States District Judge